ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM

AUG 22 2005 ʔP

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN JOHN TAITANO, <br><br> Defendant. | CRIMINAL CASE NO. 05-00012 <br><br> **STIPULATION OF PARTIES TO CONTINUE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Howard Trapp, hereby stipulate to continue the status hearing currently

//
//
//
//
//
//
//
//
//
//

| | |
|---|---|
| 1 | scheduled for August 23, 2005, and that it be rescheduled to a date approximately three (3) |
| 2 | months thereafter to be selected by the court. |

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATE: 8/22/05

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

DATE: AUG 2 2 2005

_____
HOWARD TRAPP
Attorney for Defendant