LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
NOV 15 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANKLIN JOHN TAITANO,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00012<br><br>**STIPULATION OF PARTIES TO VACATE STATUS HEARING, UNSEAL RECORD, AND SET SENTENCING** |

  The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, Howard Trapp, hereby stipulate to vacate the status hearing, now

//
//
//
//
//
//
//
//
//

scheduled for November 16, 2005, unseal the record, and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 11-15-05

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney

DATED: NOV 15 2005

/s/
HOWARD TRAPP
Attorney for Defendant

-2-