LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
NOV 16 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FRANKLIN JOHN TAITANO,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00012<br><br>**ORDER**<br>**November 15, 2005**<br>**Stipulation of Parties** |

Based on the Stipulation of Parties filed November 15, 2005, in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the November 16, 2005, status hearing is vacated, the record is unsealed, and that sentencing is set for March 6, 2006, at 9:30 a.m. before Judge James L. Robart.[1] The presentence report shall be provided to the parties by January 11, 2006. The parties shall file their responses to the presentence report no later than January 25, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than February 9, 2006.

DATE: November 16, 2005

　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, JR.
　　　　　　　　　　　　　　　　U.S. Magistrate Judge

---

[1] The Honorable James L. Robart, United States District Judge for the Western District of Washington, sitting by designation.