LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334
Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
DEC - 9 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00012 |
| Plaintiff, ) | |
| ) | STIPULATION OF PARTIES |
| ) | TO CONTINUE SENTENCING AND |
| ) | EXTEND DUE DATE OF |
| ) | PRESENTENCE INVESTIGATION |
| vs. ) | REPORT |
| ) | |
| FRANKLIN JOHN TAITANO, ) | |
| ) | |
| Defendant. ) | |

Comes now the parties, United States of America, by and through the undersigned attorneys, and defendant, FRANKLIN JOHN TAITANO, by and through his attorney, Howard Trapp, and hereby stipulate and request that the Sentencing hearing currently set for March 6, 2006, be continued to at least three (3) months thereafter to be set by the Court.

//
//
//

The parties also request an extension of the due date of the presentence investigation report which is currently due on January 11, 2006.

SO STIPULATED:

DEC 0 9 2005
Date

*[signature]*
HOWARD TRAPP
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

12/7/05
Date

*[signature]*
MARIVIC P. DAVID
Assistant U.S. Attorney

2