```
1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
3  Assistant U.S. Attorney
   Suite 500, Sirena Plaza
4  108 Hernan Cortez Street
   Hagåtña, Guam 96910
5  Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334
```



FILED
DISTRICT COURT OF GUAM
DEC 14 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00012 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **ORDER** |
|  | ) Re: December 9, 2005 |
|  | ) Stipulation of Parties |
| FRANKLIN JOHN TAITANO, | ) (First Request to Continue Sentencing) |
| Defendant. | ) |

Based on the Stipulation of Parties filed December 9, 2005, in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the sentencing hearing scheduled for March 6, 2006, is continued to June 7, 2006, at 9:30 a.m. The presentence report shall be provided to the parties by April 19, 2006. The parties shall file their responses to the presentence report no later than May 3, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than May 17, 2006.

DATE: December 14, 2005

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL