
**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF GUAM**

UNITED STATES OF AMERICA )  CRIMINAL CASE NO. 05-00012-001
          Plaintiff, )
                            )
        vs. )  **INFORMATIONAL REPORT**
                            )
FRANKLIN JOHN TAITANO, )
          Defendant. )
_____ )

**Re:   Informational Report; No Action Requested**

      On February 9, 2005, Franklin John Taitano appeared in the District Court of Guam for an Initial Appearance hearing under seal relative to a Complaint charging him with Conspiracy to Import Methamphetamine Hydrochloride, in violation of Title 21 United States Code, Sections 952(a), 960 and 963. On the same date, he was released on a personal recognizance bond with conditions that he report to the U.S. Pretrial Services Office and Bureau of Immigration and Customs Enforcement as directed; maintain or actively seek employment; surrender any passport to the Clerk of Court, District Court of Guam; obtain no passport; not change residence without permission of the Court and the U.S. Probation Office; avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution; refrain from possessing a firearm, destructive device, or other dangerous weapon; refrain from any use of alcohol; refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner; submit to any method of testing required by a pretrial services officer or the supervising officer for determining whether he is using a prohibited substance; and stay away from all ports of entry or exit.

      On March 24, 2005, the defendant appeared in Court for a Waiver of Indictment, Filing of Information, and Entry of Plea hearing. He pleaded guilty to Conspiracy to Import Methamphetamine Hydrochloride, in violation of Title 21 United States Code Sections 952(a), 960 and 963. He was released on conditions previously imposed, with the addition that upon unsealing of the case, the U.S. Probation Office may notify defendant's employer of the status of this case, and that he stay away from all ports of entry and exit except for employment purposes.

      The defendant is alleged to have violated the following condition of release:

INFORMATIONAL REPORT
Informational Report; No Action Requested
Re:    TAITANO, Franklin John
USDC Cr. Cs. No. 05-00012-001
February 6, 2006
Page 2

**Special Condition:** *The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. §802, unless prescribed by a licensed medical practitioner.*

On January 27, 2006, Mr. Taitano met with U.S. Probation Officer Grace D. Flores to submit to a presentence invesitgation interview. When questioned regarding use of illicit substances, he stated that he had used methamphetamine approximately one week earlier. On January 30, 2006, this Officer met with Mr. Taitano to discuss his drug use admission. He executed an admission form, admitting to using "ice" on January 19, 2006. He stated that he used "ice" to further cooperation efforts with the case. He acknowledged that what he did was wrong.

**Recommendation:** It is recommended that this report be for informational purposes only and no action be taken at this time. Due to the third party risk involved, Mr. Taitano has resigned from his full and part-time employment as a bus driver. Mr. Taitano has been warned of the consequences of further violations. His compliance will continue to be closely monitored. Any further violations will be reported to the Court accordingly.

RESPECTFULLY submitted this _____ day of February 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
JOHN W. SAN NICOLAS II
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:    Marivic P. David, AUSA
       Howard Trapp, Defense Counsel
       File