UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | | | |
|---|---|---|---|
| TO: | United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Avenue, NW, 3rd Floor<br>Washington, D.C. 20037 | FROM: | John W. San Nicolas II, U.S. Probation Officer<br>District of Guam<br>2nd Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 |

[X] **Original Notice**  [ ] **Notice of Disposition**

**FILED**
DISTRICT COURT OF GUAM
FEB 2 4 2006
MARY L.M. MORAN
CLERK OF COURT

| | | | |
|---|---|---|---|
| Date: | March 29, 2005 | Date: | |
| By: | Joaquin V.E. Manibusan, Jr.<br>U.S. Magistrate Judge | By: | |

| | | | |
|---|---|---|---|
| Defendant: | TAITANO, Franklin John | Case Number: | CR#05-00012-001 |
| Date of Birth: | XX-XX-1976 | Place of Birth: | Bell County, Texas, USA |
| SSN: | XXX-XX-6455 | | |

**NOTICE OF COURT ORDER** (Order Date: **March 29, 2005** )

[X] The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

[ ] The above-named defendant surrendered Passport Number _____ to the custody of the **U.S. District Court on Guam.**

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
Defendant (or representative)

Case 1:05-cr-00012   Document 29   Filed 02/24/2006   Page 1 of 1   **ORIGINAL**