(ryu)

HOWARD TRAPP INCORPORATED
200 Saylor Building
139 Chalan Santo Papa
Hagåtña, Guam 96910
Telephone (671) 477-7000

Attorney for defendant



## DISTRICT COURT OF GUAM

------------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ( ) | Criminal Case No. 05-00012 |
| Plaintiff, | ( ) | OBJECTION TO PRE-SENTENCE REPORT |
| vs. | ( ) | |
| FRANKLIN JOHN TAITANO, | ( ) | |
| Defendant. | ( | |

------------

Paragraph 18 of the presentence report states that the amount of time for which Taitano must be given credit toward the service of a term of imprisonment is *one* day.

Taitano objects thereto.

The amount of time which Taitano spent in official detention was *two* days. The first day was February 8, 2005: "On February 8, 2005, the defendant

(OBJECTIONS TO PRESENTENCE REPORT)
Criminal Case No. 05-00012

was arrested by agents of the Bureau of Immigration and Customs Enforcement" (Presentence Report, at para. 16), and the second day was February 9, 2005: "On February 9, 2005, Franklin John Taitano was brought before the . . . U.S. Magistrate Judge . . . for an Initial Appearance Hearing. . . . The defendant was released . . . with pretrial release conditions." (Presentence Report, at para. 2.) Consequently, the amount of time for which Taitano must be given credit toward the service of a term of imprisonment is *two* days. (18 U.S.C. § 3585(b)(1).)

    Dated, Hagåtña, Guam,

        May 3, 2006.

                Respectfully submitted,

                _____
                HOWARD TRAPP
                For HOWARD TRAPP INCORPORATED
                Attorney for defendant

# DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on May 4, 2006, I served the document to which this declaration is annexed on Marivic P. David, Esq., Assistant United States Attorney, the attorney for plaintiff herein, by leaving a copy at Office of the United States Attorney for Guam and the Northern Mariana Islands, Suite 500, Sirena Plaza, 108 Hernan Cortez Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2006, at Hagåtña, Guam.

REINA Y. URBIEN

## DECLARATION OF SERVICE

I, Reina Y. Urbien, declare that I am an administrative assistant employed in the office of Howard Trapp Incorporated, Howard Trapp, Esq., the attorney for defendant herein, and that on March 4, 2006, I served the document to which this declaration is annexed on Grace D. Flores, United States Probation Officer, the person charged with conducting the presentence investigation in this proceeding, by leaving a copy at United States Probation Office, 2nd Floor, U.S. Courthouse, 520 West Soledad Avenue, Hagåtña, Guam, her last known address, with a person in charge thereof.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 4, 2006, at Hagåtña, Guam.

REINA Y. URBIEN