ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAY - 9 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> FRANKLIN JOHN TAITANO, <br> Defendant. | CRIMINAL CASE NO. 05-00012 <br><br> GOVERNMENT'S RESPONSE TO PRESENTENCE INVESTIGATION REPORT; AND MOTION FOR ADDITIONAL ONE-LEVEL DEPARTURE FOR ACCEPTANCE OF RESPONSIBILITY |

Comes now the United States and adopts the findings of the Presentence Investigation Report with the following notations:

The defendant has assisted authorities in the investigation and prosecution of his own misconduct by notifying authorities of his intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the court to allocate their resources efficiently. Paragraph 47 correctly reflects that a total three-level decrease for acceptance of responsibility under U.S.S.G. § 3E1.1(b) is warranted.

The government concurs with defense counsel's calculation of two days of official detention.

Also, prior to the sentencing hearing, the government intends to file a substantial assistance downward departure motion pursuant to USSG §5K1.1 and 18 U.S.C. § 3553(e).

Dated this 9th day of May 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney