# ORIGINAL

**FILED**

DISTRICT COURT OF GUAM

JUN - 5 2006

MARY L.M. MORAN
CLERK OF COURT

1

2 LEONARDO M. RAPADAS
United States Attorney
3 MARIVIC P. DAVID
Assistant U.S. Attorney
4 Sirena Plaza Suite 500
108 Hernan Cortez Avenue
5 Hagatna, Guam 96910
Telephone: (671) 472-7332
6 Telecopier: (671) 472-7334
Attorneys for United States of America
7

8

9 ## IN THE UNITED STATES DISTRICT COURT

10 ## FOR THE DISTRICT OF GUAM

11

12 UNITED STATES OF AMERICA,   ) CRIMINAL CASE NO. 05-00012
    )
13        Plaintiff,    )
    )
14      vs.        ) **GOVERNMENT'S MOTION**
    ) **FOR A DOWNWARD DEPARTURE**
15     ) **UNDER USSG § 5K1.1 AND**
    ) **18 U.S.C. § 3553(e)**
16     )
FRANKLIN JOHN TAITANO,   )
17     )
       Defendant.   )
18 _____)

19

20       Comes now the United States and moves, pursuant to USSG § 5K1.1 and 18 U.S.C.

21 § 3553(e), for a downward departure from the applicable total offense level to Level 30 based upon

22 the substantial assistance the defendant provided to agents with the U.S. Immigration & Customs

23 Enforcement. The defendant provided information about his drug associate(s), made consensual

24 recordings against one of them, and as a direct result of such assistance, one person was prosecuted

25 in <u>U.S. v. Sealed</u>, CR# 06-00009. The defendant has also forfeited $10,000 of drug proceeds to

26 law enforcement.

27 //

28 //

1  For all these reasons, a downward departure to Level 30, which yields a range of 97 to 121

2  months under Criminal History Category I is appropriate, and the government will recommend the

3  minimum term under said range.

4      RESPECTFULLY SUBMITTED this _____5th_____ day of June 2006.

5                              LEONARDO M. RAPADAS
                               United States Attorney
6                              Districts of Guam and CNMI

7

   By:      _____
8            MARIVIC P. DAVID
             Assistant U.S. Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2