DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

FILED
DISTRICT COURT OF GUAM
JUN -7 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00012    DATE: June 7, 2006

HON. JOHN A. HOUSTON, Designated Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 9:32:09 - 9:46:49

Law Clerk: None Present
Courtroom Deputy: Leilani Toves Hernandez
CSO: J. Lizama / B. Pereda

*********************APPEARANCES*****************************

DEFT: FRANKLIN JOHN TAITANO
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.

ATTY: HOWARD TRAPP
( X ) PRESENT ( X ) RETAINED ( ) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID
U.S. PROBATION: G. FLORES / M. CRUZ
INTERPRETER: _____

AGENT:
U.S. MARSHAL: NONE PRESENT
LANGUAGE: _____

( X ) COURT STATES THE APPROPRIATE BASE OFFENSE LEVELS _____
    Base offense level: 35        Total offense level: 30        Criminal History Category: I

    NO OBJECTIONS BY THE GOVERNMENT AND DEFENSE

( X ) ATTORNEY FOR DEFENDANT ADDRESSES THE COURT

Defense stated that the defendant was pleased with the downward departure motion filed by the Government.

( X ) DEFENDANT ADDRESSES THE COURT AND APOLOGIZES

( X ) GOVERNMENT ADDRESSES THE COURT AND MAKES ITS RECOMMENDATION:

A departure to the recommended level and the minimum term of 97 months is appropriate.

( ) LETTER(S) OF RECOMMENDATION RECEIVED BY THE COURT

NOTES/OTHER MATTERS:

Defense objected to the amount of credit for time served cited in the Presentence Report. The Court sustained the objection and stated that the defendant will be given 2 days custodial credit.

The Court Granted the Government's Motion for Downward Departure.

Defense requested for judicial recommendation to FCI Florence, Colorado and for the 500 Hour Intensive Drug Treatment Program. In addition, defense requested for the defendant to self-surrender to the designated Bureau of Prisons. The Court Granted all requests made by defense. If the defendant fails to self-surrender to the designated facility, the Court instructed the Government to notify the Court and set the matter for status conference.

| | |
|---|---|
| SENTENCE: CR-05-00012 | DEFENDANT: FRANKLIN JOHN TAITANO |

( X )  DEFENDANT COMMITTED TO THE BUREAU OF PRISONS FOR A TERM OF 97 months .

( X )  COURT RECOMMENDATION TO THE BUREAU OF PRISONS AT  FCI Florence, Colorado or the nearest alternative to Pueblo, Colorado .

( X )  UPON RELEASE FROM IMPRISONMENT, DEFENDANT IS PLACED ON SUPERVISED RELEASE FOR A TERM OF  5 YEARS.

THE TERM OF SUPERVISED RELEASE WILL INCLUDE THE FOLLOWING CONDITIONS:

1. DEFENDANT SHALL NOT COMMIT ANY FEDERAL, STATE, OR LOCAL CRIME.

2. DEFENDANT SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE AND SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE. HE SHALL SUBMIT TO UP TO EIGHT DRUG TESTS A MONTH FOR USE OF A CONTROLLED SUBSTANCE AS DIRECTED BY THE PROBATION OFFICE.

3. DEFENDANT SHALL SUBMIT TO THE COLLECTION OF A DNA SAMPLE AT THE DIRECTION OF THE U.S. PROBATION OFFICE.

4. DEFENDANT SHALL COMPLY WITH THE STANDARD CONDITIONS OF SUPERVISED RELEASE AS SET FORTH BY THE U.S. PROBATION OFFICE.

5. DEFENDANT SHALL BE PROHIBITED FROM POSSESSING A FIREARM OR OTHER DANGEROUS WEAPON.

6. DEFENDANT SHALL REFRAIN FROM THE USE OF ALL ALCOHOLIC BEVERAGES.

7. DEFENDANT SHALL PARTICIPATE IN A PROGRAM APPROVED BY THE U.S. PROBATION OFFICE FOR SUBSTANCE ABUSE, WHICH PROGRAM MAY INCLUDE TESTING TO DETERMINE WHETHER HE HAS REVERTED TO THE USE OF DRUGS OR ALCOHOL. HE SHALL ALSO MAKE CO-PAYMENT FOR THE PROGRAM AT A RATE TO BE DETERMINED BY THE U.S. PROBATION OFFICE.

ALL FINES WERE WAIVED BY THE COURT. DEFENDANT WAS ORDERED TO PAY A SPECIAL ASSESSMENT FEE OF $100.00 IMMEDIATELY AFTER SENTENCING.

COURT STATED THE JUSTIFICATION OF SENTENCE IMPOSED. DEFENDANT WAS ADVISED OF HIS APPEAL RIGHTS.

DEFENDANT WAS RELEASED AND ORDERED TO SELF-SURRENDER TO THE BUREAU OF PRISONS, UPON DESIGNATION.

Courtroom Deputy: _____