## DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Franklin John Taitano,<br><br>        Defendant. | Case No. 1:05-cr-00012<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Judgment and Notice of Entry filed June 12, 2006*, on the dates indicated below:

| *U.S. Attorney's Office* | *Howard Trapp* | *U.S. Probation Office* | *U.S. Marshals Service* |
|---|---|---|---|
| *June 13, 2006* | *June 15, 2006* | *June 13, 2006*<br>*Judgment only* | *June 13, 2006*<br>*Judgment only* |

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment and Notice of Entry filed June 12, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 15, 2006                         /s/ Marilyn B. Alcon
                                                                         Deputy Clerk